IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GABRIEL GAMA ANTUNEZ<br>    REG. NO. 08860-180<br>V.<br><br>UNITED STATES | §<br>§<br>§<br>§<br>§<br>§ | C.A. NO. C-05-555 |

## ORDER FOR SERVICE OF PROCESS

With respect to the above styled cause of action, it is ORDERED:

1. The Clerk of the Court shall issue summons and the U.S. Marshal shall serve copies of the complaint (D.E. 2) and this Order upon the following:

> **Alberto R. Gonzales**
> **Attorney General of the United States**
> **Constitution and Tenth Street, N.W.**
> **Washington, D.C. 20530**
>
> **Chuck Rosenberg**
> **U.S. Attorney, SDTX**
> **910 Travis St., Suite 1500**
> **P.O. Box 61129**
> **Houston, Texas 77208**
>
> **Harley G. Lappin**
> **Director, Bureau of Prisons**
> **320 First St. N.W.**
> **Washington, D.C.  20534**

2. Defendant shall file his answer within sixty (60) days of receipt of the complaint.  In the answer, defendant shall respond separately to each and every factual and legal allegation in plaintiff's complaint.  The parties shall file dispositive motions, including motions for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, within one hundred twenty (120) days after the date

that defendant's answer is due. Defendant shall submit, with a business records affidavit, copies of any documents relevant to plaintiff's claims and defendant's defenses, including copies of any written Bureau of Prisons rules or written unit rules relevant to the alleged events forming the basis of this lawsuit.

    3.    The responsive party shall respond to dispositive motions within thirty (30) days of the date shown on the certificate of service of the dispositive motion. Failure to timely respond to dispositive motions will, if appropriate, result in granting of judgment in favor of the moving party.

    4.    It is further ordered that each party shall serve the other party or counsel for the other party with a copy of every pleading, motion, or other paper submitted to the Court for consideration. Service shall be by mail to the other party. Every pleading, motion, or other document filed with the Clerk of the Court shall be signed by at least one attorney of record in his individual name, whose address shall be stated, or if the party is proceeding pro se, by said party, with address likewise stated. In the case of the pro se party, only signature by the pro se party will be accepted. If a layman signs a pleading, motion, or other document on behalf of the pro se party, it will not be considered by the Court.

    5.    Furthermore, every pleading, motion, or other document shall include on the original a signed certificate stating that the date a true and correct copy of the pleading, motion, or document was mailed and to whom mailed. Failure to mail a copy thereof as certified by the certificate will subject that party to sanctions by the Court. Sanctions may include, but are not limited to, automatic striking of the pleading, motion, monetary sanctions, striking of affirmative defenses, or dismissal for want of prosecution.

6. There will be no direct communication with the United States District Judge or Magistrate Judge. Communications must be submitted to the Clerk of the Court with copies to the other party. See Rules 5(a) and 11 of the Federal Rules of Civil Procedure.

ORDERED this 29th day of November, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE